**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**CHARLOTTE JANS as parent and natural**
**guardian of minor child S.G.J. ,**

        **Plaintiffs,**

-vs-                                              Case No. 6:05-cv-1534-Orl-31JGG

**THE GAP STORES, INC. and THE GAP**
**STORES, INC. #4404, CHIN HENG**
**GARMENTS FACTORY, PTE, LTD,**

        **Defendants.**
_____

## ORDER

      Upon consideration of the Joint Motion to Seal (Doc. 87), the Court finds that exceptional circumstances warrant the relief requested. It is, therefore

      **ORDERED** that the Motion is GRANTED, and the Settlement Agreement will be filed under seal. The document shall remain under seal until the minor child becomes 21 years of age, or 2027, whichever first occurs.

      **DONE** and **ORDERED** in Chambers, Orlando, Florida on December 20, 2006.

                                                    GREGORY A. PRESNELL
                                                UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party